NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

17-135

STATE OF LOUISIANA

IN THE INTEREST OF

A.M.

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 16-JU-89
HONORABLE JOHN DAVIDSON, JUDGE PRO TEMPORE

\*\*\*\*\*\*\*\*\*\*\*\*

SHANNON J. GREMILLION
JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of John D. Saunders, Elizabeth A. Pickett, and Shannon J. Gremillion, Judges.

APPEAL DISMISSED.

Phillip Terrell, Jr.
District Attorney
Ninth Judicial District
P. O. Box 1472
Alexandria, LA 71309
(318) 473-6650

Clifton J. Spears, Jr.
Assistant District Attorney
720 Murray Street
Alexandria, LA  71301
(318) 704-6126
COUNSEL FOR APPELLEE:
    State of Louisiana

**Dmitrc Ian Burnes**
**Attorney At Law**
**711 Washington Street**
**Alexandria, LA 71309**
**(318) 448-0482**
**COUNSEL FOR APPELLEE:**
     **A.M.**

**Monica Gant Moton**
**Office of Juvenile Justice**
**P.O. Box 66458**
**Audubon Station**
**Baton Rouge, LA 70896**
**(225) 287-7940**
**COUNSEL FOR APPELLANT:**
     **Office of Juvenile Justice**

**GREMILLION, Judge.**

On November 15, 2016, the Juvenile, A.M., was adjudicated delinquent for sexual battery, a violation of La.R.S. 14:43.1.[1]  As a result, the Juvenile was ordered to be placed in custody of the Office of Juvenile Justice pending further orders not to exceed the Juvenile's twenty-first birthday.  The juvenile court ordered that the Juvenile attend family therapy, community resource referrals, sexual perpetrator treatment, and a psychosexual evaluation, along with recommendations that the Juvenile be assigned to a non-secure program, and that the Juvenile be placed in the Renaissance Detention Center for a period of no longer than fourteen days until the Office of Juvenile Justice obtains placement.

On January 17, 2017, Appellant, State of Louisiana, Office of Juvenile Justice, ("OJJ") filed a "MOTION TO MODIFY JUDGMENT OF DISPOSTION" with the juvenile court.  OJJ requested in its motion that the Juvenile be placed in secure custody for his treatment needs.  An evidentiary hearing was held on OJJ's "MOTION TO MODIFY JUDGMENT OF DISPOSTION" on January 24, 2017; thereat, the juvenile court denied the motion.

On January 30, 2017,  OJJ filed a "NOTICE OF INTENTION TO SEEK WRITS AND/OR APPEAL, MOTION FOR RETURN DATE FOR APPEAL, AND REQUEST FOR STAY" with the juvenile court.  On January 30, 2017, the juvenile court granted the notice.

On February 17, 2017, this court lodged the appeal record.  On February 23, 2017, this court issued a rule to show cause why the appeal should not be dismissed as the judgment at issue is not an appealable judgment.  On February 24,

---

[1]Initials are being used pursuant to Uniform Rules − Courts of Appeal, Rule 5-2.

2017, OJJ filed a supervisory writ application with this court seeking review of the "MOTION TO MODIFY JUDMENT OF DISPOSITION."

On March 28, 2017, OJJ filed a response to the rule requesting dismissal of the appeal and acceptance of "'its' [sic] prior submission as a request to file a supervisory writ." Accordingly, we hereby dismiss OJJ's appeal.

APPEAL DISMISSED.